UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO: __3:10cv-530-S__
(ELECTRONICALLY FILED)

MAKIESHA M. CAREY                                                                                           PLAINTIFF

v.                                                    **NOTICE OF REMOVAL**

MACY'S INC DBA MACY'S RETAIL HOLDINGS, INC.                              DEFENDANT

\* \* \* \* \*

To the Honorable Judges of the United States Court for the Western District of Kentucky at Louisville:

The Removing Party, Macy's, Inc., d/b/a Macy's Retail Holdings, Inc., by undersigned counsel, respectfully show this Court:

1. The Removing Party is the Defendant in a civil action brought against it in Jefferson Circuit Court, Commonwealth of Kentucky, styled <u>Makiesha M. Carey v. Macy's Inc., d/b/a Macy's Retail Holdings, Inc.</u>, Civil Action No. 10-CI-04729, on July 7, 2010. Copies of all process, pleadings and Orders served upon the Removing Party in such action are attached hereto and marked as Exhibit A; Defendant's Answer is attached as Exhibit B.

2. Macy's Inc. was served with a copy of the Complaint on July 28, 2010; accordingly this Notice of Removal is timely filed.

3. Any civil action filed in the state court over which the Federal District Court would have original jurisdiction may be removed. 28 U.S.C. § 1441(A). This lawsuit asserts claims against Macy's Inc., for injuries and damages allegedly arising from an incident on Defendant's premises. This Honorable Court has original subject matter jurisdiction over this matter on diversity grounds.

4. Plaintiff is a resident of Jefferson County, Kentucky. (Please see Exhibit A, Plaintiff's Complaint). Defendant is a New York Corporation with its principle office in Cincinnati, Ohio. Because this case is a case between a citizen of Kentucky and a citizen of New York, there is complete diversity of citizenship under 28 U.S.C. § 1332(A) and (C)(1).

5. In her Complaint, Plaintiff seeks damages for claims for alleged physical and psychological injuries and wage loss. Plaintiff did not plead in her Complaint a specific amount of damages being claimed for these allegations. However, although Defendant denies liability for Plaintiff's claimed injuries and damages, Plaintiff has claimed physical and emotional injuries, including Post Traumatic Stress Disorder, and is seeking monetary damages for her claims. Based upon the allegations and damages sought in Plaintiff's Complaint, the amount in controversy exceeds $75,000.00, the amount of controversy requirement for diversity jurisdiction in this Court pursuant to 28 U.S.C. § 1332:

6. For the reasons stated in Paragraphs 3 through 5, this Honorable Court has original jurisdiction over this case, and it is removable to this Court pursuant to 28 U.S.C. § 1441(A) and (B).

7. Defendant has complied with all applicable requirements of 28 U.S.C. § 1446, and are promptly giving notice of this removal to both Plaintiff and the Circuit Court of Jefferson County, Kentucky. In addition, Defendant is filing a copy of this Notice of Removal with the Clerk for the Circuit Court of Jefferson County, Kentucky.

8. This Notice of Removal was filed with this Court within thirty (30) days after Service of Process on the Removing Party, and removal is timely under 28 U.S.C. § 1446(B).

**WHEREFORE**, the Removing Party, Defendant, Macy's, Inc., d/b/a Macy's Retail Holdings, Inc., prays that this Notice of Removal be filed and that the above-entitled action be removed from the Jefferson Circuit Court to this Honorable Court.

s/Deanna M. Tucker
David K. Barnes
Deanna M. Tucker
SCHILLER OSBOURN BARNES & MALONEY, PLLC
1600 One Riverfront Plaza
401 W. Main Street
Louisville, KY 40202
(502) 583-4777
dmt@sobmlegal.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2010, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, and mailed a copy of same to the following:

Samuel G. Hayward
Kerry Miles Wright
Adams, Hayward & Welsh
4036 Preston Highway
Louisville, KY 40213
(502) 366-6456

s/Deanna M. Tucker
David K. Barnes
Deanna M. Tucker
SCHILLER OSBOURN BARNES & MALONEY, PLLC
1600 One Riverfront Plaza
401 W. Main Street
Louisville, KY 40202
(502) 583-4777
dmt@sobmlegal.com
Counsel for Defendant